## Return

| Case No.: 7:19mj86 | Date and time warrant executed: 8/8/2019 7:43 PM | Copy of warrant and inventory left with: The residence / Mark Taylor |
|---|---|---|

Inventory made in the presence of: SA Lynne A. Witt

Inventory of the property taken and name of any person(s) seized:

One HP laptop, Model 15-bs031wm, S/N: CND9152X9Z — Residence
One Samsung tablet, Model-SM T830, S/N: R52KADCKFDV — Residence
One cellular phone in a black case covering w/ cord; One "Moto" — vehicle
cellular phone in protective case; One Gigastone 8GB thumb drive

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

8/28/2019

JULIA C. DUDLEY, CLERK
BY: S. Sakalas
DEPUTY CLERK

8/26/19

Received in Chambers
By Reliable Electronic Means
August 28, 2019
Hon. Robert S. Ballou
United States Magistrate

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. **emailed**

Date: 8/26/2019

*Executing officer's signature*

Joshua C. Bills
*Printed name and title*